Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVTAR SINGH SIDHU,<br><br>　　　　　Defendant. | No. CR09-404 RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive AVTAR SINGH SIDHU.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

The outstanding warrant shall be quashed.

DATED this 26th day of October, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Avtar Singh Sidhu,* CR09-404RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970